**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA**

In re:  Case No. 16 – 20735
Chapter 13

FILED-USBC, FLS-MIA
'19 DEC 17 PM 1:41

Henry Ward Kendrick
Debtor

_____/

## EMERGENCY MOTION TO AMEND, AMENDED FACTUAL MOTION TO SUPPLEMENT MOTION FOR CONTEMPT AND SANCTIONS

Debtor is seeking an emergency hearing on this Motion in order to prevent any further continuous harassment and blatant disregard for the Court's jurisdiction and authority.

COMES NOW, Debtor and files this Emergency Motion to stop Star Lakes Homeowners Association "Association" from towing Edward Lollar's "tenant" vehicle from the authorize parking spot for condo unit 108. Debtor, Henry Ward Kendrick, requests that this Court without a hearing, enter an Order hereon. In support of this Motion, Debtor states as follows:

1. This issue is presently before the Hon. Court for contempt and sanctions and is set for an evidentiary hearing on February 2, 2020.

2. On December 16, 2019, "Association" had tenant vehicle towed again for the fourth time.

3. "Association" is blatantly disregarding the Court's Order (Injunction, January 31, 2019, docket number 171 ).

4. "Association" has failed to seek and respect the jurisdiction of this Court by seeking relief from the January 31, 2019 order.

5. Debtor has on three prior, separate, occasions paid Boulevard towing to return tenant's vehicle to mitigate the damages suffered because of the blatant disregard for the Courts January 31, 2019 order.

6. Debtor states he has no more available funds to pay for this illegal extortion caused by "Associations" blatant harassment in violation of the Court's order.

7. This Court should order the "Association" to return tenant's vehicle until this Court resolves the issue at bar.

Wherefore, Debtor requests this Hon. Court grants his motion and any other relief this Court deems just and or proper under the circumstances.

Henry Ward Kendrick

1672 NW. 116 Terrace

Miami, FL 33167

305 689 8941

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th. day of December, 2019, a true and correct copy of the foregoing has been furnished by US Mail to: Trustee, Nancy K. Neidich PO Box 279806, Miramar, FL 33027, Peggy Urbaneja 7401 Wiles Road ste 244 Coral Springs, Fl. 33067 and James S. Caris 401 East Las Olas Blvd., #134 Fort Lauderdale Florida 33301 on November 158, 2019.

Henry Ward Kendrick