

**ORDERED in the Southern District of Florida on February 20, 2020.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                              Case No.   16-20735-BKC-LMI

Henry Ward Kendrick,                                    Chapter 13

      Debtor.
_____/

**ORDER TO SHOW CAUSE WHY ALL *PRO SE*
PLEADINGS SHOULD NOT BE STRICKEN**

THIS CAUSE came before the Court *sua sponte*. A review of the record in this case indicates that the Debtor has filed motions and pleadings *pro se*, however the record also reflects that Attorney Peggy Urbaneja is still counsel of record to the Debtor.  It appears that Attorney Urbaneja is filing the Debtor's *pro se* documents in this matter.  Pursuant to Local Rule 9010-1(B)(2) the Debtor is not permitted to file any pleadings in this matter *pro se* so long as Attorney Urbaneja is counsel of record for the Debtor. It is

ORDERED that

1.      Attorney Peggy Urbaneja shall appear at a hearing on **February 26, 2020 at 1:30**

**p.m.** at the United States Bankruptcy Court, 301 North Miami Avenue, Courtroom 8, Miami, Florida to show cause why all the of the Debtor's *pro se* pleadings should not be stricken from the record because he is still represented by counsel.

###

The Clerk of Court shall serve a copy of this order upon all parties in interest.